# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Ibsen Martinez-Soria

CASE NUMBER 26cr3644-01

**ABSTRACT OF ORDER**

Booking No. 91159512

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 09/15/26
the Court entered the following order:

| | |
|---|---|
| X | Defendant be released from custody. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| | Defendant released on ______ Bond posted. |
| | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| | Defendant remanded and ( ______ bond ) ( ______ bond on appeal ) exonerated. |
| X | Defendant sentenced to TIME SERVED, supervised release for ______ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Case dismissed, charges pending in case no. |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| | Other. |

LUPE RODRIGUEZ JR.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by Teresa A. Romero 760-339-4248

**From:**
**To:**
**Sent:** Tuesday, September 15, 2026 1:01 PM
**Subject:** Read: 26cr3644-1 Ibsen Martinez-Soria abstract

Your message

To: ELC_Releases
Subject: [EXTERNAL] 26cr3644-1 Ibsen Martinez-Soria abstract
Sent: Tuesday, September 15, 2026 12:36:24 PM (UTC-08:00) Pacific Time (US & Canada)

was read on Tuesday, September 15, 2026 1:00:29 PM (UTC-08:00) Pacific Time (US & Canada).